# EXHIBIT B

**Account Statement**

Inquiries / Remit to:
LafargeHolcim(US)
P.O. Box 28425
New York, NY 10087-8425
Phone: 1 (855) 339-4900

| Date 05/01/2020 |
| --- |

Page 1 of   1

BC CONCRETE OF CUMBERLAND INC
61 NATIONAL HIGHWAY
LAVALE MD  21502

Account statement-ending 04/30/2020                                    **Account Number:** 84872

| Inv./Ref./Check Number | Date | Transaction Type | Original Amount (USD) | Balance Due (USD) |
| --- | --- | --- | --- | --- |
| 0711562729 | 09/29/2019 | Invoice | 5,819.94 | 3,008.25− |
| | | **Sub Total For SEP 2019** | | **3,008.25−** |
| 0711682666 | 10/13/2019 | Invoice | 2,915.64 | 1,000.00 |
| 0711778810 | 10/27/2019 | Invoice | 17,970.62 | 12,970.62 |
| 0711799695 | 10/31/2019 | Invoice | 14,644.35 | 14,644.35 |
| | | **Sub Total For OCT 2019** | | **28,614.97** |
| 0711874569 | 11/10/2019 | Invoice | 14,735.70 | 14,735.70 |
| 0711874570 | 11/10/2019 | Invoice | 5,861.52 | 5,861.52 |
| 0711908339 | 11/17/2019 | Invoice | 8,851.50 | 8,851.50 |
| 0711908340 | 11/17/2019 | Invoice | 5,812.38 | 5,812.38 |
| 0711948941 | 11/24/2019 | Invoice | 5,884.20 | 5,884.20 |
| 0711963908 | 11/30/2019 | Invoice | 6,293.70 | 6,293.70 |
| | | **Sub Total For NOV 2019** | | **47,439.00** |
| 0712022342 | 12/08/2019 | Invoice | 5,792.85 | 5,792.85 |
| 0712022343 | 12/08/2019 | Invoice | 17,866.67 | 17,866.67 |
| 0712055080 | 12/15/2019 | Invoice | 2,913.75 | 2,913.75 |
| 0712055081 | 12/15/2019 | Invoice | 5,862.15 | 5,862.15 |
| 0712083756 | 12/22/2019 | Invoice | 2,920.05 | 2,920.05 |
| 0712097215 | 12/31/2019 | Invoice | 2,979.90 | 2,979.90 |
| | | **Sub Total For DEC 2019** | | **38,335.37** |
| 0712119998 | 01/05/2020 | Invoice | 6,117.43 | 6,117.43 |
| 0712163797 | 01/19/2020 | Invoice | 8,895.60 | 8,895.60 |
| 0712163798 | 01/19/2020 | Invoice | 2,979.90 | 2,979.90 |
| | | **Sub Total For JAN 2020** | | **17,992.93** |
| 0712242116 | 02/09/2020 | Invoice | 6,350.40 | 6,350.40 |
| 0712242117 | 02/09/2020 | Invoice | 3,112.20 | 3,112.20 |
| 0712290329 | 02/23/2020 | Invoice | 6,281.10 | 6,281.10 |
| 0712290330 | 02/23/2020 | Invoice | 3,115.48 | 3,115.48 |
| | | **Sub Total For FEB 2020** | | **18,859.18** |
| 0712346114 | 03/08/2020 | Invoice | 5,521.95 | 5,521.95 |
| 0712373418 | 03/15/2020 | Invoice | 6,337.80 | 6,337.80 |
| | | **Sub Total For MAR 2020** | | **11,859.75** |

Account Balance as of 04/30/2020:                                                       160,092.95
**Account Aging**

| Current | 31-60 | 61-90 | 91-120 | Over 120 |
| --- | --- | --- | --- | --- |
| | 11,859.75 | 18,859.18 | 17,992.93 | 111,381.09 |